Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
2017 MAY 12 PM 2:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
for the
Central District of California
Western Division

Michael Allan Miller II

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV17-3609-PA (AFMx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Allan Miller II |
| Street Address | General Delivery |
| City and County | Los Angeles, Los Angeles |
| State and Zip Code | California 90012-9999 |
| Telephone Number | None |
| E-mail Address | 3plan3t@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
| | |
|---|---|
| Name | Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde) |
| Job or Title *(if known)* | Singer |
| Street Address | 1755 Broadway |
| City and County | New York, Manhattan County |
| State and Zip Code | New York 10019 |
| Telephone Number | unknown |
| E-mail Address *(if known)* | unknown |

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. 2261A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Michael Allan Miller II, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Ella Marija Lani Yelich-O'Connor (Lorde), is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* New Zealand.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500000000.00 million dollars for distress related to threating me with death if I discuss the circumstances related to her rise in the music industry.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

$500000000.00 million dollars. I have suffered greatly due to this. I am still unsure at what level I will be able to produce music as a result of the trauma I have endured. These events are known to a variety of individuals in the entertainment industry and I may not be able to achieve any level of sucess as a result.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  5-12-2017

Signature of Plaintiff

Printed Name of Plaintiff     Michael Allan Miller II

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Introduction

I promoted the unknown artist "Elena Cohen" via Facebook in 2011. Public info and private correspondence were used by Lorde for her personna and song material. It was my intention to go against the grain for the success of myself and the unknown. My efforts were noticed by key industry players and the results have not gone in my favor. The stalking song is meant to be intimidating enough to thwart me from bringing truths about this to light.

## Statement of Claim

I trained myself to produce music for several years before attempting to enter into the industry. I wrote a jingle for a NPO and set out to find artists to collaborate with. I made contact with only a few and one was "Elena Cohen" (real or assumed name is unknown) Youtube account Elenaaaxx. I thought her original "Dreaming Wide Awake" was a good socially conscientious song. I decided I wanted to work on that song and put the jingle on hold until afterwards.

She had less than 1,000 fans, 650 or 850, when I showed up in January or February of 2011. She built her following up over 4.5 years via her original and cover songs on Youtube. I took the number of followers up to about 3,500 by the end of the year. They immediately started coming in when I preceded a funny poem with "Do you need help networking or finding a production crew?" I posted on her Facebook with a variety of funny, interesting comments that continued to bring in more followers until the end of the year.

My effort of promoting her was very successful. Key industry players were brought in and I will focus on Katy Perry and Taylor Swift as two established individuals releasing material related to this for the purpose of plausibility for this complaint. The artist "Lorde" was unknown at the time and information on Facebook and communication to Elena via email and Youtube messages were used to develop Lorde's persona and material for her songs. Further investigation will reveal if she is a "factory artist" due to the possibility that Elena may have been on an artist development contract or signed to a label and private communication may have been carbon copied or directly received solely by a music industry business.

Upon speculation and further investigation it seems Elena and Lorde were already acquainted before Lorde went into the studio for her debut releases. Part of a Facebook posting by Elena mentioned going to the continent of Australia which includes the country Lorde is from. I will be reviewing material in this complaint that has Lorde singing about myself and Elena in both older and newer songs. Lorde references Elena and I in some songs. I will also discuss the sharp contrast in Lorde's theme for newer songs due to my litigation efforts, attempted public exposure, and public messages directed to Lorde.

Lorde's style of music is currently labeled as "Rebel Pop." It could previously have been called "Goth Pop" similar to a band from the '90's called Shakespears Sister. I brought this band to the attention of Elena when trying to determine what direction she was interested in taking professionally. It seems note worthy that they had a song called "Heroine" and Lorde's album was titled "Pure Heroine."

Lorde has claimed her favorite artist is Stevie Nicks which I posted as my favorite well over a year before she went into the studio. However, she is practically a carbon copy of Shakespears Sister. I introduced the concept of royalty to Elena in an email. Elena's original "Ambulance" contains the line "...go on and bury me without my throne..." This was Elena's first original related to this, directed to me, and that line was influenced by me. I also brought up the concept of a stage name via Twitter.

"You must join us though, to conquer and rule the music industry." This ended a posting by me on Facebook to a fan. It is also part of the packaging for "Lorde." Upon speculation and pending investigation, this line is almost certainly the reason these events have played out the way they have, resulting in me bringing necessary litigation against individuals and corporations that do not operate on the up-and-up.

There are 6 originals by Elena related to this situation. The song "Epicenter" is very relevant and pivotal to the entire scenario, but I am not sure it needs discussion for the immediate complaint. It might be discussed during litigation against Lorde, but certainly if there are other defendants named later, as the song that was instrumental in multiple individuals maneuvering to my detriment.

I've already mentioned Elena's original "Dreaming Wide Awake." "Wide Awake" is a title of a song by Katy Perry that was partly inspired by these events. "The Lucky Ones" by Elena is nearly identical in title and theme to Taylor Swift's "The Lucky One." Elena released hers almost a year before Taylor's.

It is reported in the media Katy and Taylor are in a feud. Taylor Swift has been very close with Lorde in the media. I will allege "Blank Space" by Taylor is a stalking song directed to me. Katy's releases have a theme of being influenced by my situation and being supportive. A leaked track is titled "Witness" and she may be called upon for sworn statements related to this at a later date.

I am promoting a global holiday on both equinox as part of my activism efforts. Katy released a song "Everyday Is A Holiday" after press releases. I told the idea to Elena in 2011. Madonna released "Holiday" and broke Katy. My interest in an activist global non-government coalition may be influencing what she does in the media and behind the scenes, if any, related to such an organization's interests.

The 5th song by Elena is "Lover and Daughter." This is the most obvious that Elena and Lorde are acquainted and that Lorde's stalking song "Team" is directed to me, insinuating death if I go public with the story of her rise to stardom.

Unjust incarceration is only one of the reasons I am asking Lorde's infraction be tolled. I was arrested October of 2012 and Lorde was in the studio shortly thereafter. Only one week after the arrest a song "Thrift Shop" steadily climbed the charts to #1. This is relevant because that song was released within a week of Elena's "Epicenter." "Thrift Shop" initially went onto the chart with minimal success then fell off before re-entering directly after my arrest. The artist was not signed to a label and received a Grammy for the song, not done by an artist since 1996. I told Elena not to sign any label contracts right away before I started successfully promoting her. That, the "conquer the music industry" line, my alternative lifestyle and the fact I was not already apart of the industry establishment were red flags for some of the individuals/corporations I brought in during my promoting.

7

Lorde

Tennis Court - "...baby be the class clown, I'll be the beauty queen in tears..." - this line is an accurate summary of how I made joking comments on Facebook as part of my promoting, and Elena's usual theme of "The lady sings the blues."

Royals, Everybody Wants To Rule The World - The theme of "Lorde" has been that of a ruler, the champion. Her song themes were previously centered around rising to an elevated level, vanquishing opponents, being the one in control, assuredness.

Lorde has released 3 new songs within the last couple of months. These songs have a vastly different theme compared to previous material and are contradictory to that of a ruler or one in control, a complete 180. I have directed public comments to her indicating I will pursue the maximum amount of incarceration if she continues as she has. I have made postings at a gossip site in an attempt to bring this situation to the attention of the general public. I will note here my postings received an exorbitant number of defamatory, libel, harassing responses. The gossip site did not enforce the rules for my posts that it enforces for every other individual.

New theme "Pouty Pauper" The recent material from Lorde reflects her understanding that I will challenge what has been done and that she is vulnerable if the law of the land holds true and prevails.

"Green Light" - Asking permission, "...give me the green light..." This song is directed to me and references Elena once again. I don't know what "I know what you did and want to scream the truth..." means, but "...she thinks you love the beach, your such a damn liar..." is related to postings on Elena's Youtube account a year or so ago. I tried stirring the pot there to no effect that Elena was no longer publicly active because Ella/"Lorde" could have killed her as part of her agreement to be at the top. The 6th original by Elena was posted previous to any of these events or me discovering her. That song is titled "Her" in which she sings about an individual and a date they went on. In that song is a line, "...now I see your a damn good liar..." The reference to me loving the beach is due to the fact I left Tucson last Halloween and spend all my time at the beach when not working on this litigation. I do not know what the truth of Elena's status is.

"Liability" - She is a liability to individuals and corporations who have been associated with her. The persona of a ruler does not include being a tool for someone else.

"Don't Take The Money" – "Begging" for compassion if you will. I referenced an Eagles song "Life In The Fast Lane" that is somewhat part of life imitates art, but without fun or being in the fast lane for me. I said I will be ruthless and if need be, crude, and that my opponents/her associates will not be adequately prepared. This song was released within a couple weeks afterwards. The court will be happy to note I intend to take as much money as I can, resulting in a substantial windfall of taxes.

I was once again trying to get fans of artists mentioned in this complaint interested in my circumstance and tried a few tweets about possible remixing and mash-ups. I used the alternative names for Katy and Taylor, "Kitty Purry" and "Catastrophe" respectively. I also introduced one for Ella/Lorde that may be what she will actually release new material under if I am successful and she is indebted to me, "Pouty Pauper." This further explains her new theme.

8

Exhibit 1

I am presenting hard evidence in this suit that shows Elena and Lorde are connected with each other and myself through three songs, "Team," "Lover and Daughter," & "Yellow Flicker Beat."

The "calling out" both of these artists refer to is derived from a Facebook posting referencing Michael Murphy's "Wildfire" in which one of the subjects calls out to a lost horse.

Lorde's song "Team" is directed to me in the first line. Elena is shortly referenced thereafter as the female who will "send the call out." Any resonable person will infer "Even the comatose, they don't dance and tell" is intened to be taken as a threat of death if I discuss the events of her ascension.

Cause of action for Lorde's stalking is presented in the lyrics for "Team" in Exhibit 1A.

A - Lorde's "Team" lyrics

B - Elena Cohen's "Lover and Daughter" lyrics and posting date

C - Lorde's "Yellow Flicker Beat" lyrics

D - Screenshots of Lorde's release dates

Claim Statement
Cal. Civ. Code 1708.7
Stalking 18 U.S.C. 2261A

For distress, trauma, and confusion severely limiting my interactions with multiple aspects of society due to Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde) writing and releasing a stalking song "Team" on the 13th of September, 2013, insinuating death if I discuss the circumstances of this situation. $500 Million dollars.

9

Memorandum

I will re-request the court waive any grace period in the event my complaint is insufficient enough to proceed with the amendment of requesting I have time alloted to adress the issue(s). I still do not expect adequate legal counsel for the time being and will remain unaware of any deficiencies.

I request the courts assistance in FBI involvement related to this. I tried several times to make an appointment with an agent and was thwarted. I have submitted documents in person and left a few voice messages.

I am bringing civil action based on a criminal statute to set precedence. California has a civil tort for criminal stalking. This litigation is necessary with the substantiating fact FBI involvement has been difficult to attain and monetary damage results from the action.

I request the court to dismiss my case without prejudice, if it comes to that, due to such unusual and peculiar circumstances that prevent me from receiving proper counsel until the subversive elements related to this are exposed.

I request the statue of limitations against Lorde's infraction be tolled based on the facts that she has been out of the country for a significant amount of time, my unjust incarceration at the time of the infraction, and distress and trauma related to unusual and peculiar circumstances that have made proper mental therapy unrealistic so far and preventing me from addressing the legality of this situation until recently.

I request I be notified via email 3plan3t@gmail.com of any action or documents filed.

Exhibit 1A

Team

<u>Lorde</u>

Wait 'til you're announced ----------------Directing the song to me
We've not yet lost all our graces
The hounds will stay in chains
Look upon Your Greatness and she'll send the call out --------------Referencing Elena
(Send the call out) [15x]

Call all the ladies out
They're in their finery
A hundred jewels on throats
A hundred jewels between teeth
Now bring my boys in
Their skin in craters like the moon
The moon we love like a brother, while he glows through the room

Dancin' around the lies we tell
Dancin' around big eyes as well                              Cal. Civ Code 1708.7
Even the comatose they don't dance and tell -------- Cause of Action Stalking 18 USC 2261A

We live in cities you'll never see on screen
Not very pretty, but we sure know how to run things
Living in ruins of a palace within my dreams
And you know, we're on each other's team

I'm kind of over getting told to throw my hands up in the air, so there
So all the cups got broke shards beneath our feet but it wasn't my fault
And everyone's competing for a love they won't receive
'Cause what this palace wants is release

We live in cities you'll never see on screen
Not very pretty, but we sure know how to run things
Living in ruins of a palace within my dreams
And you know, we're on each other's team

I'm kind of over getting told to throw my hands up in the air
So there
I'm kinda older than I was when I revelled without a care
So there

We live in cities you'll never see on screen
Not very pretty, but we sure know how to run things
Living in ruins of a palace within my dreams
And you know, we're on each other's team
We're on each other's team
And you know, we're on each other's team
We're on each other's team

Exhibit 1B

https://www.youtube.com/watch?v=PLg-qxPNDIE

View Favorites Tools Help

Page ▾ Safety ▾ Tools ▾

YouTube

Search

elenaaaxx

Subscribe 11,038

Add to Share More

Published on Jan 9, 2014

I can be a daughter
A body of the lost decree
I'll come in with the waters
On horses carried by the sea

Lead me to the altar
Hold me down as offering
And if I lay perfectly still
Would you wait, or would you leave

So run now, run away
Hide, hide, you can hide away
And you can hear me
I am calling, calling — **Here (Team) ---------**

Cold as the winter
Two words, a mystery
In the dark you'll sing your prayers
And I will follow you
Where lovers sleep
The deadest place I've ever seen

So run now, run away
Moving faster than the one you crave
And you can hear me
I am calling, calling — **Here (Team) ---------**

And I heard your voice waking up a history
Screaming in the holy night while the gardens weep
And you could ignite, but won't decide
Looking like a guilty thing, here waiting for me

So run now, you can run away
With no answer while you dig your grave
And you can hear me
I am calling, calling out your name, your name — **Here (Team) ---------**

Won't you be the end of me
And I can be the sweetest thing
To wander through your fevered dreams
And bring you light to remember me
Bring you light to remember me by — **Here (Yellow Flicker Beat) ----**

Session Man...

Copyright 2014

Category Music



Exhibit 1C

Yellow Flicker Beat

<u>Lorde</u>

I'm a princess cut from marble, smoother than a storm.
And the scars that mark my body, they're silver and gold,
My blood is a flood of rubies, precious stones,
It keeps my veins hot, the fire's found a home in me.
I move through town, I'm quiet like a fight,
And my necklace is of rope, I tie it and untie.

And now people talk to me, but nothing ever hits home
People talk to me, and all the voices just burn holes.
I'm done with it (ooh)

This is the start of how it all ends
They used to shout my name, now they whisper it
I'm speeding up and this is the red, orange, yellow flicker beat sparking up my heart -----here
We're at the start, the colours disappear
I never watch the stars, there's so much down here
So I just try to keep up with the red, orange, yellow flicker beat sparking up my heart -----here

I dream all year, but they're not the sweet kinds
And the shivers move down my shoulder blades in double time

And now people talk to me, I'm slipping out of reach now
People talk to me, and all their faces blur
But I got my fingers laced together and I made a little prison
And I'm locking up everyone who ever laid a finger on me
I'm done with it (ooh)

This is the start of how it all ends
They used to shout my name, now they whisper it
I'm speeding up and this is the red, orange, yellow flicker beat sparking up my heart-----here
We're at the start, the colours disappear
I never watch the stars, there's so much down here
So I just try to keep up with the red, orange, yellow flicker beat sparking up my heart -----here

And this is the red, orange, yellow flicker beat sparking up my heart-----here
And this is the red, orange, yellow flicker beat-beat-beat-beat -----here

Songwriters: Ella Marija La Yelich O'connor / Joel Little

Yellow Flicker Beat lyrics © Peermusic Publishing, Sony/ATV Music Publishing LLC



Exhibit 10

# Team (Lorde song)

From Wikipedia, the free encyclopedia

"Team" is a song by New Zealand singer Lorde, taken from her debut studio album, *Pure Heroine* (2013). The song was released on 13 September 2013 as the album's third s

Should Wikimedia content be licensed under the latest Creative Commons lic

Participate in the discussion between October 5 and November 8!

# Yellow Flicker Beat

From Wikipedia, the free encyclopedia

"Yellow Flicker Beat" is a song by New Zealand singer Lorde. Written by Lorde and Joel Little and produced by Little and Paul Epworth, the song was released on 29 September 2014 as the *The Hunger Games: Mockingjay – Part 1* by Republic Records. "Yellow Flicker Beat", which features an electronic production, is characterised as an art pop and electropop song. Its style was

Should Wikimedia content be licensed under the latest Creative Commons license?

Participate in the discussion between October 5 and November 8!

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Michael Allan Miller II

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
Ella Marija Lani Yelich-O'Connor

**(b) County of Residence of First Listed Plaintiff** Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** New Zealand
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [X] **MONEY DEMANDED IN COMPLAINT:** $ 500,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC §1332 Cal Civ Code §1708.7 18 USC §2261A

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 480 Consumer Credit | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [X] 890 Other Statutory Actions | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV17-3609**

CV-71 (07/16)    CIVIL COVER SHEET    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
|---|---|---|
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question C.2. |
|---|---|---|
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (07/16)          CIVIL COVER SHEET          Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?
☐ NO ☒ YES

If yes, list case number(s): _CV17-2037_

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/_ DATE: _5-12-2017_

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Michael Allan Miller ii <br><br> _Plaintiff(s)_ <br> v. <br><br> Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde) <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. CV17-3609-PA (AFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde)
c/o Lava Records
1755 Broadway
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Allan Miller II
General Delivery
Los Angeles, CA 90012-9999

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: