Name: Michael Allan Miller II
Address: General Delivery
Los Angeles, CA 90012-9999
Phone Number: —
E-mail Address: 3plan3t@gmail.com
Pro Se

FILED
2017 MAY 12 PM 2:11
US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Allan Miller II

PLAINTIFF(S)

v.

Ella Marija Lani Yelich-O'Connor

DEFENDANT(S)

CASE NUMBER

**CV17-3609-PA(AFMx)**

APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING

As the (Plaintiff/Defendant) ___Plaintiff___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   
   [X] A Computer with internet access.
   
   [X] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   
   [X] A scanner to convert documents that are only in paper format into electronic files.
   
   [X] A printer or copier to create required paper copies such as chambers copies.
   
   [X] A word-processing program to create documents; and
   
   [X] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 5-12-2017      Signature: /s/ M.M.